Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–17093–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Russell L Fischer
  139 Lawrence Dr
  PO Box 122
  Short Hills, NJ 07078

Social Security No.:
  xxx–xx–0353

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 01/10/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    February 22, 2018
Time:                     09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 11, 2018
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Russell L Fischer
    Debtor

Case No. 17-17093-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin         Page 1 of 1         Date Rcvd: Jan 11, 2018
                       Form ID: 185         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db            +Russell L Fischer,    139 Lawrence Dr,    PO Box 122,    Short Hills, NJ 07078-0122
cr            +CIT BANK, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL  33487,    UNITED STATES 33487-2853
516897130     +CIT Bank, N.A.,    PO Box 85101,    Austin, TX 78708-5101
516754652     +Columbia University College,    of Dental Medicine,    630 West 168th St.,
                New York, NY 10032-3725
516754649     +Dobbs Auto Body,    23 Springfield Ave.,    Springfield Township, NJ 07081-1386
516754648      East Newark Municipal Court,    35 Sherman Avenue,    East Newark, NJ 07029
517270928     +Hanover Municipal Court,    Attn: Lauren Delgauer,    1000 Route 10,    Whippany, NJ 07981-1005
516754646     +Hanover Township Municipal Court,    1000 Route 10,    PO Box 250,    Whippany, NJ 07981-0250
517015654     +Nationstar Mortgage,    8950 Cypress Waters BLVD,    Dallas, TX 75019-4620
516754644     +Peace of Mind Automotive, Inc.,    709 Lake Shore Dr.,    Parsippany, NJ 07054-3652
516777904     +Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
517015655     +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
516754647     +State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516754650     +Toyota Financial Services,    PO Box 9013,    Addison, TX 75001-9013
516968430     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516754651     +Toyota of Morristown,    169 Ridgedale Ave.,    Morristown, NJ 07960-4069
516754645     +Wells Fargo CDCR,    PO Box 50014,    Roanoke, VA 24040-5014
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516993354      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2018 23:24:06
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516896198     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2018 23:24:06      Jfk Medical Center,
                c/o Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
                                                                                  TOTAL: 4
```

       **\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\***
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
```
              Barry Scott Miller    on behalf of Debtor Russell L Fischer bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    CIT BANK, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 5
```