

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Russell L Fischer | Case No.: 17-17093<br><br>Chapter: 13<br><br>Judge: Sherwood |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: January 11, 2018         /S/   Judge John K. Sherwood
                              Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ____E/F____ or to the List of Creditors on _____01/10/2018_____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __13__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Russell L Fischer  
    Debtor

Case No. 17-17093-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 11, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.  
db         +Russell L Fischer,    139 Lawrence Dr,    PO Box 122,    Short Hills, NJ 07078-0122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:  
      Barry Scott Miller    on behalf of Debtor Russell L Fischer bmiller@barrysmilleresq.com, jmiller@barrysmilleresq.com  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Laura M. Egerman    on behalf of Creditor    CIT BANK, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5