Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−17093−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Russell L Fischer
   139 Lawrence Dr
   PO Box 122
   Short Hills, NJ 07078

Social Security No.:
   xxx−xx−0353

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 15, 2018
JAN: rah

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17093-JKS
Russell L Fischer                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin               Page 1 of 1                  Date Rcvd: Aug 15, 2018
                                  Form ID: 148              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db              +Russell L Fischer,    139 Lawrence Dr,    PO Box 122,    Short Hills, NJ 07078-0122
cr              +CIT BANK, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL  33487,    UNITED STATES 33487-2853
516897130       +CIT Bank, N.A.,    PO Box 85101,    Austin, TX 78708-5101
516754652       +Columbia University College,    of Dental Medicine,    630 West 168th St.,
                  New York, NY 10032-3725
516754649       +Dobbs Auto Body,    23 Springfield Ave.,    Springfield Township, NJ 07081-1386
516754648        East Newark Municipal Court,    35 Sherman Avenue,    East Newark, NJ 07029
517270928       +Hanover Municipal Court,    Attn: Lauren Delgauer,    1000 Route 10,    Whippany, NJ 07981-1005
516754646       +Hanover Township Municipal Court,    1000 Route 10,    PO Box 250,    Whippany, NJ 07981-0250
517015654       +Nationstar Mortgage,    8950 Cypress Waters BLVD,    Dallas, TX 75019-4620
516754644       +Peace of Mind Automotive, Inc.,    709 Lake Shore Dr.,    Parsippany, NJ 07054-3652
516777904       +Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
516754647       +State of New Jerey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516754650       +Toyota Financial Services,    PO Box 9013,    Addison, TX 75001-9013
516968430       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516754651       +Toyota of Morristown,    169 Ridgedale Ave.,    Morristown, NJ 07960-4069
516754645       +Wells Fargo CDCR,    PO Box 50014,    Roanoke, VA 24040-5014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516993354        EDI: RESURGENT.COM Aug 16 2018 03:13:00      Ashley Funding Services, LLC its successors and,
                  assigns as assignee of Laboratory,    Corporation of America Holdings,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516896198       +EDI: RESURGENT.COM Aug 16 2018 03:13:00      Jfk Medical Center,
                  c/o Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
517015655       +EDI: DRIV.COM Aug 16 2018 03:13:00      Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
```
              Barry Scott Miller    on behalf of Debtor Russell L Fischer bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    CIT BANK, N.A. bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    CIT BANK, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```