Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−17093−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Russell L Fischer
    139 Lawrence Dr
    PO Box 122
    Short Hills, NJ 07078

Social Security No.:
    xxx−xx−0353

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/25/19 at 10:00 AM

to consider and act upon the following:

*98* – Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Reopening Fees. If an objection is filed a hearing will be held on: 4/25/2019 at 10:00 AM Courtroom 3D. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/25/2019. Objection to Order to Show Cause due by 4/8/2019. (mg)

Dated: 4/9/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court