| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |

**Order Filed on April 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>RUSSELL L FISCHER | Case No.: 17-17093<br><br>Hearing Date: 4/25/2019<br><br>Judge: JOHN K SHERWOOD |
|---|---|

### ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: RUSSELL L FISCHER

Case No. 17-17093

Caption of Order: **ORDER DENYING MOTION TO VACATE DISMSSAL**

---

THIS MATTER having come before the Court on Motion to Vacate Dismissal on April 25, 2019 and the Court having been satisfied that proper service and notice was effectuated on the debtors and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Motion to Vacate Dismissal is hereby DENIED for lack of prosecution and it is further

ORDERED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:
Russell L Fischer
    Debtor

Case No. 17-17093-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: May 01, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db          +Russell L Fischer,    139 Lawrence Dr,    PO Box 122,    Short Hills, NJ 07078-0122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
       Barry Scott Miller    on behalf of Debtor Russell L Fischer bmiller@barrysmilleresq.com,
         jmiller@barrysmilleresq.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Kevin M. Buttery    on behalf of Creditor    CIT BANK, N.A. bkyefile@rasflaw.com
       Laura M. Egerman    on behalf of Creditor    CIT BANK, N.A. bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 6